```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

GARY WAYNE SEARCY,              :

    Plaintiff,                  :

vs.                             :       CIVIL ACTION 06-0126-BH-M

GRANTT CULLIVER, et al.,        :

    Defendants.                 :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation (Doc. 37) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 3rd day of April, 2008.

                                                 s/ W. B. Hand
                                       SENIOR DISTRICT JUDGE